IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOM KUNSTMANN, et al.                    } | |
| Plaintiffs,                              } | |
|                                          } | CIVIL ACTION NO. |
| v.                                       } | 08-AR-1969-S |
|                                          } | |
| AARON RENTS, INC., d/b/a,                } | |
| AARON'S SALES AND LEASE                  } | |
| OWNERSHIP,                               } | |
| Defendant. | |

**ORDER**

The above-entitled case is hereby referred to Magistrate Judge John E. Ott for mediation. Judge Ott will establish a schedule and communicate with the parties.

DONE this 28th day of December, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE